JENKINS MULLIGAN & GABRIEL, LLP.
Thomas A. Jenkins, Esq. [SBN: 92213]
tom@jmglawoffices.com
Daniel J. Mulligan, Esq. [SBN: 103129]
dan@jmglawoffices.com
Larry W. Gabriel, Esq. [SBN: 68329]
lgabriel@jmglawoffices.com
74-770 U.S. Highway 111, Suite 201
Indian Wells CA 92210
Telephone: (415) 982-8500
Facsimile: (415) 982-8515

LAW OFFICES OF SIMMONS & PURDY
Pamela D. Simmons, Esq. [SBN: 160523]
pamela@pamelaw.com
2425 Porter Street, Suite 10
Soquel CA 95073-2454
Telephone: (831) 464-6884
Facsimile: (831) 464-6886

Attorney for Plaintiff
KATHRYN McCOMIE-GRAY

# UNITED STATES DISTRICT COURT

## EASTERN OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN McOMIE-GRAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS f/k/a/ COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Case No.: 2:09-cv-02422-MCE-EFB<br><br>**ORDER ALLLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Date: February 25, 2010<br>Time: 2:00 p.m.<br>Courtroom: 7 (14th Floor)<br>Judge: Hon. Morrison E. England |

///

///

///

The Court, having considered the request by Plaintiff's counsel to appear telephonically,

IT IS ORDERED that counsel for Plaintiff, Daniel J. Mulligan and William Purdy, may appear telephonically at the hearing on the Motion To Dismiss of defendant Bank of America Home Loans on February 25, 2010. Counsel are to be available 10 minutes prior to the scheduled hearing time.

Dated: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com