**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        james.goldberg@bryancave.com
Email:        bahareh.mostajelean@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.,
also sued as BANK OF AMERICA HOME LOANS.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN McOMIE-GRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS f/k/a COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | Case No. 2:09-cv-02422-MCE-EFB<br><br>**ORDER ALLOWING DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO APPEAR TELEPHONICALLY AT THE HEARING ON DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:        June 10, 2010<br>Time:        2:00 p.m.<br>Courtroom: 7 – 14th Floor<br><br>Honorable Judge Morrison C. England<br><br>Filed:        August 27, 2009<br>Trial Date: Not yet assigned |

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

SF01DOCS\18617

[PROPOSED] ORDER ALLOWING DEFENDANT TO APPEAR TELEPHONICALLY

1    The Court, having considered the request by Defendant's counsel to appear telephonically,

2    IT IS ORDERED that counsel for Defendant, Bahareh Mostajelean, may appear

3    telephonically at the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended

4    Complaint, which is set to be heard on Thursday, June 10, at 2:00 p.m. before this Court.

5    Counsel are to be available 10 minutes prior to the scheduled hearing time.  Counsel's

6    direct phone number is 415-675-3446.

7

8    Dated:  June 8, 2010

9    _____

10   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

SF01DOCS\18617                          1
[PROPOSED] ORDER ALLOWING DEFENDANT TO APPEAR TELEPHONICALLY